702 A.2d 1056

**Donna E. SULLENBERGER, Appellant,**

v.

**SCHOOL DISTRICT OF THE CITY OF MONESSEN, Appellee.**

Supreme Court of Pennsylvania.

Dec. 24, 1997.

Ronald N. Watzman, Pittsburgh, Leslie A. Collins, Harrisburg, for Appellant.

Stephen S. Russell, Cumberland, John S. Toohey, Monessen, for Appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.

NIGRO, J., files a Dissenting Statement.

NIGRO, Justice, dissenting.

I respectfully dissent from the per curiam order on the basis of my dissent in *Krupinski v. Vocational Technical School*, 544 Pa. 58, 674 A.2d 683 (1996). Similar to *Krupinski*, I find it to be contrary to common sense and logic to have the same body which initiates a teacher's suspension then adjudicate the challenge to the discharge.